UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

)
**Miranda D. Chaudhry** )
_____ )  CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
V. )  NO. **03C 6964**
) (Case number will be supplied by the assignment clerk)
**Ford Motor Stamping Plant** )  **JUDGE MANNING**
)
_____ )  MAGISTRATE JUDGE
) GERALDINE SOAT BROWN
_____ )
(Name of the defendant or defendants) )

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Miranda D. Chaudhry** of the county of **Cook** in the state of **Illinois**.

3. The defendant is **Ford Motor Stamping Plant**, who resides at (street address) **1000 E. Lincoln Hwy**
   (city) **Chicago Heights** (county) **Cook** (state) **Illinois** (ZIP) **60411**
   (Defendant's telephone number) (**708**) – **757-5700**

1—1

4) The plaintiff sought employment or was employed by the defendant at

(street address) _1000 E Lincoln Hwy_____

(city)_Chicago Heights_(county) ___Cook___ (state) _Ill_ (ZIP code) _60411_

5. The plaintiff [check one box]

(a) ☐ was denied employment by the defendant.

(b) ☒ was hired and is still employed by the defendant.

(c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _August_____, (day)_22___, (year)_2003_.

7. (a) The plaintiff [check one box] ☐ *has not* filed a charge or charges against the defendant ☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission on or about (month) _September_ (day)_15___ (year)_2003_ .

(ii) ☐ the Illinois Department of Human Rights on or about (month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _September_

(day) _26th_ (year) _2003_ a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☑ Disability (Americans with Disabilities Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

☐ YES  ☑ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ other (specify): _Be Found Guilty of Torts And Sexual Harassment in the work Place_

CAused A Hostile or offensive work
enviroment Causing more iNJuries And
Stress leading to more abusive behavior
From Supervising Authority and worker

13. The facts supporting the plaintiff's claim of discrimination are as follows:

EEOC Complaints File No. 210-2003-35346, No. 210A301428
and No. 210A204584
Industrial Commission of IL (Pending Case) are
01WC33364, 01WC33365, 01WC33366 and
02WC44770 and 02WC44771

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☑ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): To ~~~~ Stop All Violent
Acts or Physical pranks that Cause
More InJuries to Harassed worker
(plaintiFF) And Retaliation

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)  _Miranda D. Chaudhry_

(Plaintiff's name)  _Miranda D. Chaudhry_

(Plaintiff's street address)  _21619 Cynthia Ave._

_____

(City) _Sauk Village_  (State) _IL_  (ZIP) _60411_

(Plaintiff's telephone number) (_708_) – _753-0010_

Equal Employment Opportunity Commission

# DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Miranda D. Chaudhry<br>21619 Cynthia<br>Sauk Village, IL 60411 | From: Equal Employment Opportunity Commission<br>500 West Madison<br>Suite 2800<br>Chicago, Illinois 60661 |
| Certified No.: 7001 0360 0000 0463 7247 | |

[         ] *On behalf of a person aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No.<br>210-2003-35346 | EEOC Representative<br>Nanisa Pereles, Investigator | Telephone No.<br>(312) 353-8739 |
|---|---|---|

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[         ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[         ] Respondent employs less than the required number of employees.

[         ] Your charge was not timely filed with the Commission, *i.e.,* you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[         ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[         ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[         ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[    X    ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[         ] Other (*briefly state*) _____

### - NOTICE OF SUIT RIGHTS -

[    X    ] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue <u>WITHIN 90 DAYS</u> from your receipt of this Notice; otherwise your right to sue is lost.**

[         ] **Age Discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue <u>WITHIN 90 DAYS</u> from your receipt of this Notice; otherwise your right to sue is lost.**

[         ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

_Sept 23, 2003_                    _John P. Rowe_

John P. Rowe, District Director

Enclosures
 Information Sheets
 Copy of Charge
cc: Respondent(s)          Ford Motor Company
                          Chicago Stamping Plant

EEOC Form 161 (Test 5/95)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 210-2003-35346 |

| **Illinois Department Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Miranda D. Chaudhry** | **(708) 753-0244** | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **21619 Cynthia, Sauk Village, IL 60411** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **FORD MOTOR COMPANY** | **500 or More** | **(708) 757-5700** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **1000 East Lincoln Highway, Chicago Heights, IL 60411** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **03-19-2003** | **09-12-2003** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent on June 14, 1999. My most recent position was Automation Tender Welder on Line. Beginning in March 2003, I was subjected to sexual harassment by my co-workers. I complained to Respondent on September 8, 2003. On September 9, 2003, I was disciplined, On September 12, 2003, I was discharged.

I believe that I have been discriminated against because of my sex, female, and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Sep 15, 2003** _____<br>Date            *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Miranda D. Choudhry
9/9/03

On August 22, 2003, I Miranda Chaudhry
Was in 17 Deptment in Break room
at 11:00 pm and Mr. Reeves come
over to my table and Sat down and
ask How are you doing? How is your
little girl. answer find and continue to
read my Bible, then he comment only
a women who wears a wig and dress
can get my mercy, then I stated you
are Married, his Response was i have
three girls friends and one is blacker
than you and i Kiss her "black But".
So some of other guys in break areas
said Leave that girl along. Freddie
told Reeves to Leave. so he left Break
area. about 11:15pm.

After i left at 12:05 pm going up the
Stairs at line 24 Reeves was on his
truck and belfor to make motion with
his mouth, and i turn said to him
take to my tape recorded he Stop.

On Monday Aug 25, 2003 he came in
Breakroom about 11:00pm Said ain't no
Since you mad now get Over it.

On Sept 5, 2003 friday Was
Working at 261 R and line
159 Was passing en walk way
come about two feet Behind me
start Making Crying Noises.

then about 10:30 pm was told to
261 L and Supervisor Patricia
Said to work with Ms. Choudhry
Davesport Said I ain't working
with that girl.

I said what have i done to him
and i never was on any line
with him. So i don't want to
work with nes foulness. and
what he mean By that girl

Mrenda D. Choudhry
9/9/03

Equal Employment Opportunity Commission

# DISMISSAL AND NOTICE OF RIGHTS

| To: Miranda D. Chaudhry | From: Equal Employment Opportunity Commission |
|---|---|
| 21619 Cynthia | Chicago District Office |
| Sauk Village, IL 60411 | 500 West Madison Street, Suite 2800 |
| | Chicago, IL 60661-2511 |

CERT. MAIL #: 7099 3400 0006 7306 0769 C/P

[  ]   *On behalf of a person aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210A204584 | Regina Husar, Enforcement Supervisor | (312) 353-0819 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[  ]   The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[  ]   Respondent employs less than the required number of employees.

[  ]   Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[  ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[  ]   The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[  ]   The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ X ]   The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[  ]   Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -

[ X ]   **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[  ]   **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[  ]   **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

*January 21, 2003*

On behalf of the Commission

*John P. Rowe*

John P. Rowe, District Director

Enclosures
   Information Sheet
   Copy of Charge
cc:  Respondent(s)      Ford Motor Company

EEOC Form 161 (Test 5/95)

# CHAR    OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | ☐ FEPA ☒ EEOC | 210A204584 |

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

__Illinois Dept. of Human Rights__ _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Miranda D. Chaudhry | (708) 753-0244 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 21619 Cynthia, Sauk Village, IL 60411 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Ford Motor Company | Cat D (501 +) | (708) 757-5700 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 1000 E. Lincoln Highway, Chicago Heights, IL 60411 | 031 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN
☐ RETALIATION    ☐ AGE    ☒ DISABILITY    ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| | 06/28/2002 |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I have been employed at Respondent since June 1999.  I work as an Automation Tender assigned to line 137.  A work-related injury was the cause of my disability.  Since at least June 22, 2002 Respondent has periodically failed to reasonable accommodate my disability in that when there is down time on line 137 the supervisor often refuses to send me to line 261 right or lines with other light duty work in accordance with my physician's restrictions.  Instead I was sent to work lines that went counter to my physician's medical restrictions.  Respondent refused to comply with my doctor's statement in June recommending that the employer place me on medical leave for 10 days pending outcome of MRI tests.  On August 13, 2002 I discovered that The Respondent medical department never had entered into the computer my medical restrictions.  The Respondent did not comply with my physcian's recommendation for medical leave between August 16 through August 19, 2002.

I believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990.

RECEIVED EEOC

AUG 30 2002

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* |
| Date 8/20/03    *Miranda D. Chaudhry*
Charging Party *(Signature)* | |

EEOC FORM 5 (Rev. 07/99)

**CHARGING PARTY COPY**

# ILLINOIS INDUSTRIAL COMMISSION
## NOTICE OF MOTION AND ORDER

ATTENTION. Attach the motion form to this notice.

Case #  01 WC 33364; 00 WC 33364; 00 WC 33366;
02 WC 44771; 02 WC 44770

Miranda Chaudhry

**Employee/Petitioner**

v.

**Ford Motor Company**

**Employer/Respondent**

TO:     Beth W. Inbinder                                                    Arbitrator Edward Lee

On February 13, 2003, at 2:00 p.m., or as soon as thereafter possible, I shall appear before the Honorable Edward Lee, or any

arbitrator or commissioner appearing in his or her place at 100 West Randolph Street, 8th Floor, Chicago, Illinois, and present the

attached motion for:

| | | |
|---|---|---|
| ___ Change of venue (#3072) | ___ Fees under Section 16 (#1600) | ___ Reinstatement of case (#3074) |
| x  Consolidation of cases (#3071) | ___ Fees under Section 16a (#1645) | ___ Request for hearing (#R33) |
| (list cases) 01 WC 33364; 01 WC 33365, 01 WC 33366; 02 WC 44771; 02 WC 44770 | | |
| ___ Dismissal of application (#3045) | ___ Hearing under Sect.19(b) (#1902) | ___ Withdrawal of attorney (#3673) |
| ___ Dismissal of attorney (#3052) | ___ Penalties under Sect. 19(k) (#1911) | ___ Other (explain) |
| ___ Dismissal of review (#3085) | ___ Penalties under Sect. 19(l) (#1912) | _____ |

*Christine M. Jagodzinski* (signature)

| Signature     Petitioner ___   Respondent  x | One North Franklin, Suite 1900 |
|---|---|
| Christine M. Jagodzinski            (560) | Street Address |
| Name (please print; attorneys, please include IIC code number)[1] | Chicago                      IL                    60606 |
| **WIEDNER & MCAULIFFE, LTD.** | City                          State                Zip |
| Name of law firm, if applicable | (312) 855-1105 |
| | Telephone number |

## ORDER

The motion is ✓ Granted ___ Denied ___ Dismissed ___ Withdrawn ___ Continued to ___

_Signature of arbitrator or commissioner_                    2/13/03

_____                                     Date
Signature of arbitrator or commissioner

IC4      This form is a true and exact copy of the current Industrial Commission form IC4, as revised 6/99.

STATE OF ILLINOIS ⟩
⟩SS.
COUNTY OF COOK ⟩

## BEFORE THE INDUSTRIAL COMMISSION OF THE STATE OF ILLINOIS

| | |
|---|---|
| Miranda Chaudhry, ⟩ | |
| ⟩ | |
| Petitioner, ⟩ | |
| ⟩ | NO. **01 WC 33364; 01 WC 33365;** |
| | **01 WC 33366; 02 WC 44771;** |
| | **02 WC 44770** |
| vs. ⟩ | |
| ⟩ | |
| Ford Motor Company, ⟩ | |
| ⟩ | |
| Respondent. ⟩ | |

## MOTION FOR CONSOLIDATION

NOW COMES, the Respondent, Ford Motor Company, by and through its attorneys,
WIEDNER & MCAULIFFE, LTD., and states as follows:

1. That petitioner has filed five (5) Applications for Adjustment of Claim.

2. Petitioner alleges accidental injuries on May 12, 2001, to her left shoulder and lower back
   in 01 WC 3364, which has been assigned to Arbitrator Edward Lee in Chicago.

3. Petitioner alleges accidental injuries to her left foot on December 4, 2001,
   in 01 WC 33365 which has been assigned to Arbitrator Edward Lee in Chicago.

4. Petitioner alleges accidental injuries to her left shoulder on September 30, 2000,
   in 01 WC 33366, which has been assigned to Arbitrator Edward Lee in Chicago.

5. Petitioner alleges accidental injuries to her low back on June 22, 2002, in
   02 WC 44771, which has been assigned to Arbitrator Joseph Prieto in Chicago.

6. Petitioner alleges accidental injuries to her low back on July 22, 2002, in
   02 WC 44770 which has been assigned to Arbitrator Joseph Prieto in Chicago.

7. Section 7030.10(d) states:

*In the event a Petitioner has an Application for Adjustment of Claim pending and files one or more Applications for Adjustment of Claim against the same Respondent, or against different Respondents alleging accidental injuries to the same part of the body, subsequent cases shall, on motion of any party, be assigned to the case first filed . . .*

8. That both applications allege accidental injuries against the same respondent.

9. That pursuant to Industrial Commission Rule 7030.10(d), all cases must be consolidated before the arbitrator to whom the first case was assigned.

As a result, Respondent would ask that all Applications be assigned to Arbitrator Edward Lee for adjudication.

Respectfully submitted,

WIEDNER & MCAULIFFE, LTD.

BY: _____
Christine M. Jagodzinski

Christine M. Jagodzinski (560)
Wiedner & McAuliffe, Ltd.
Attorneys for Respondent
One North Franklin, Suite 1900
Chicago, IL 60606
(312) 855-1105

**PROOF OF SERVICE**
If the person who signed the *Proof of Service* is not an attorney, this form must be notarized.

I, Christine M. Jagodzinski, affirm that I  delivered _x_  mailed with proper postage in the city of Chicago, Illinois a copy of this form at 5:00 p.m. on January 31, 2003 to each party at the address listed below.

Beth W. Inbinder                                    Arbitrator Edward Lee
Baum, Ruffolo & Marzal, Ltd.                 100 West Randolph, 8th Floor
70 West Madison Street, Suite 400            Chicago, IL 60601
Chicago, IL  60602

                                                _____
                                                Signature of person completing *Proof of Service*

Signed and sworn to before me January 31, 2003

_____

Notary Public

---

[1] The Industrial Commission assigns code numbers to attorneys who regularly practice before it. To obtain or look up a code number, contact the Information Unit in Chicago or any of the downstate offices at the telephone numbers listed on this form.

IC4 Page 2

Equal Employment Opportunity Commission

# DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Miranda D. Chaudhry<br>21619 Cynthia<br>Sauk Village, IL 60411<br><br>Certified No.: 7001 0360 0000 0463 2280 | From: Equal Employment Opportunity Commission<br>500 West Madison<br>Suite 2800<br>Chicago, Illinois 60661 |

[  ] *On behalf of a person aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210A301428 | Kathleen Leaver, Investigator | (312) 353-8766 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[  ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[  ] Respondent employs less than the required number of employees.

[  ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[  ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[  ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[  ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ X ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[  ] Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -

[ X ] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[  ] **Age Discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[  ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

_____3/26/03_____          *John P. Rowe*

John P. Rowe, District Director

Enclosures
  Information Sheets
  Copy of Charge
cc: Respondent(s)          Ford Motor Company

EEOC Form 161 (Test 5/95)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 210A301428 |

__Illinois Dept. of Human Rights__ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Miranda D. Chaudhry | (708) 753-0244 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 21619 Cynthia, Sauk Village, IL 60411 | | 03/23/1961 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Ford Motor Company | Cat D (501 +) | (708) 757-5700 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1000 East Lincoln Highway, Chicago Heights, IL 60411 | | 031 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 01/09/2003 | 01/09/2003 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

I have been employed with Respondent since June, 1999. On August 20, 2002 I filed an EEOC complaint, Charge No. 210A204584. On January 9, 2003, my former supervisor from whom I was transferred in September, 2002, and in the absence of my current supervisor, reassigned me to a job on line 137 that violated my medical restrictions and my reasonable accommodation. As a result, I am now on medical leave.

I believe I have been retaliated against, in violation of the Americans with Disabilities Act of 1990.

```
RECEIVED EEOC

JAN 1 4 2003

CHICAGO DISTRICT OFFICE
```

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| *Miranda D. Chaudhry* | |
| Date 1/14/03 Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* |

EEOC FORM 5 (Rev. 07/99)

FILE COPY

Cut 2

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requir by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974 is required for t use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Miranda D. Chaudhry

**(b)** County of Residence of First Listed Plaintiff ___Cook___
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

Ford Motor Stamping Plant

County of Residence of First Listed ___Cook___
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

JUDGE MANNING

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

03C6964

OCT 2 2003

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plain and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐ |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐ |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Inj.

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/*
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Action

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Title VII of Civil Rights Act of 1964 (Sexual Harassment)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 300,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case _____, previously dismissed by Judge _____

DATE
10-1-2003

SIGNATURE OF ATTORNEY OF RECORD
Miranda D. Chaudhry

1-2

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.** Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** Refiling Information. Use this section to indicate whether or not the case is a refiling of a previously dismissed action. If the case is a refiling, enter the previous case number and the name of the district or magistrate judge who dismissed the case.

Date and Attorney Signature. Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

*Miranda D. Chaudhry*

*VS.*

*Ford Motor stamping Plant*



Case Number:

**JUDGE MANNING**

OCT 2 - 2003

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

| (A) | (B) |
|---|---|
| SIGNATURE *Miranda D. Chaudhry* | SIGNATURE |
| NAME *Miranda D. Chaudhry "pro se"* | NAME |
| FIRM | FIRM |
| STREET ADDRESS *21619 Cynthia Ave* | STREET ADDRESS |
| CITY/STATE/ZIP *Sauk Village, IL 60411* | CITY/STATE/ZIP |
| TELEPHONE NUMBER *708 753-0010*    FAX NUMBER *N/A* | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

# INSTRUCTIONS FOR COMPLETING APPEARANCE FORM

1. General Information

Local Rule 53.17 provides that once an attorney has filed an appearance form on behalf of a party, no additional appearances or substitutions may be made without leave of court. The Rule also provides that the attorney may not withdraw without leave of court. Therefore, if more than one attorney is going to represent the party or parties shown on the front of this form, each should complete the attorney appearance section of the form.

This form is designed to permit the filing of appearances by up to four attorneys who represent the same party or parties. If more than four attorneys representing the same party or parties wish to file appearances, additional forms should be used and the letters (A), (B), (C), and (D) indicating the attorneys should be altered to (E), (F), (G), (H), respectively for the fifth through the eighth attorneys, etc.

2. Listing of Parties for Whom the Attorney is Appearing

The names of each of the parties represented by the attorney(s) filing the appearance are to be listed on the lines immediately below the words "Appearances are hereby filed by the undersigned as attorney(s) for:". The type of party, e.g., plaintiff, defendant, third party plaintiff, should follow each party. If all of the parties are of the same type, e.g., all parties represented are plaintiffs, then the type of party can be shown at the end of the listing of parties.

3. Completing Attorney Information

The information requested should be completed for each attorney filing an appearance. Where two or more attorneys are from the same firm, only the first listed from the firm need complete the information for firm name, street address, and city/state/ZIP. The others may indicate "Same as (letter designation of first attorney)."

4. Identification Number

Attorneys who are members of the Illinois bar should enter the identification number issued to them by the Illinois Attorney Registration and Disciplinary Commission (ARDC). Attorneys who are not members of the Illinois bar should leave this item blank.

5. Attorney (A) and Notices

Where more than one attorney is listed on the appearance form, all listed will be entered on the docket of the Clerk, as attorneys of record. However, notices will only be mailed to the attorney shown in box (A) on the form except where local counsel has been designated pursuant to Local Rule 83.15 (see below). The attorney is responsible for notifying all other attorneys included on the form of the matter noticed.

Where appearances are filed on behalf of attorneys representing a state or local government, e.g., states attorney, corporation counsel, the persons filing the appearance may wish to list the name of the assistant who is in active charge of the case in box (A) and the appearance of the head of the

agency, e.g., attorney general, corporation counsel, or any other assistant assigned to such cases in subsequent boxes. In that way, the assistant in active charge will receive notice.

6. Appearances and Trial Bar Membership

All attorneys filing appearances must indicate whether or not they are members of the trial bar of this Court and whether or not they are the attorney who will try the case in the event that it goes to trial.

In criminal actions, an attorney who is not a member of the trial bar may not file an individual appearance. Pursuant to Local Rule 83.12, a member of the trial bar must accompany such attorney and must also file an appearance.

In civil actions, an attorney who is not a member of the trial bar should designate the trial bar attorney who will try the case in the event that it goes to trial. If a trial bar attorney is not listed on the initial appearance and the case goes to trial, a trial bar attorney, pursuant to Local Rule 83.17, must obtain leave of court to file an appearance.

7. Designation of Local Counsel

Pursuant to Local Rule 83.15, an attorney who does not have an office in this District may appear before this Court "only upon having designated, at the time of filing his/her initial notice or pleading, a member of the bar of this Court having an office within this District upon whom service of papers may be made." No attorney having an office in this District may designate local counsel. No attorney may designate more than one attorney as local counsel. Notices will be mailed by the Clerk's Office to both the attorney shown in box (A) and the attorney designated as local counsel.

8. Parties are Required to Consider Alternative Dispute Resolution

Pursuant to 28 U.S.C. §652(a), all litigants in civil cases pending before this Court are directed to consider the use of an alternative dispute resolution process at the earliest appropriate stage of the litigation. Such process may include mediation, early neutral evaluation, minitrial, or arbitration.

9. Local Rule 3.2 Requires Notification As To Affiliates

In every action in which an affiliate of a public company is a party, counsel for such party shall file with the Clerk a statement listing each public company of which such party is an affiliate. Where such party is a plaintiff the statement shall be filed with the complaint. Where such party is a defendant the statement shall be filed with the answer or motion in lieu of answer.